**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**JAMES M. HANNERS, et al.,**
     **Plaintiffs,**

**v.**                           **Case No.: 3:10cv251/MCR/MD**

**THOMAS EDWARD COLONNA,**
     **Defendant.**
_____/

**O R D E R**

     This cause is before the court on the magistrate judge's report and recommendation (doc. 11), dated October 18, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a *de novo* determination of those portions to which an objection has been made.

     Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

     Accordingly, it is now ORDERED as follows:

     1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2.     The unrepresented corporate plaintiff HTC Ventures, LLC is dismissed as a party plaintiff in this action.

     3.     The defendant's motion to dismiss for lack of personal jurisdiction (doc. 3) is GRANTED and the defendant's alternative motion for transfer of venue (doc. 3) is DENIED as moot.

     4.     This case is dismissed and the clerk is directed to close the file.

     **DONE AND ORDERED** this 17th day of March, 2011.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**